IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTER SMITH,

      Plaintiff,

                                        Case No.  18-cv-189-slc

      v.

THERESA MURPHY, MR. CLOVER,
MICHAEL MEISNER, WILLIAM
POLLARD, and ISMAEL OZANNE,

      Defendants.

## JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case with prejudice.


| /s/ | 4/20/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |