UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WALTER SMITH,

    Plaintiff,

V.

                                      Case No. 14-CV-796
                                                    18-CV-189

BETH LIND, et al.,

    Defendants.

---

## NOTICE OF APPEAL

---

Notice is hereby given that WALTER SMITH, plaintiff in the above named cases, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment and order dismissing plaintiff's civil actions, in there entirety, as sanctions. The Western District Court of Wisconsin enter this judgment and order on April 20, 2021.

(s) _[signature]_
     WALTER SMITH

Pro Se
Stanley Correctional Inst.
100 Corrections Drive
Stanley, WI 54768